Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Alfredo Torrijos, SBN 222458
(at@haffnerlawyers.com)
Trevor Weinberg, SBN 330778
(tw@haffnerlwyers.com)
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

David Koppelman, SBN 272171
(david@koppelmanlawfirm.com)
**KOPPELMAN LAW FIRM**
750 N. San Vicente Blvd., Suite 800 West
West Hollywood, California 90069
Telephone: (866) 843-5295
Facsimile: (213) 269-3422

*Attorneys for Plaintiff
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVELFIELDS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REDDIT, INC., a California Corporation,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

**CLASS ACTION COMPLAINT**

Plaintiff LevelFields, Inc. ("LevelFields" or "Plaintiff"), individually and on behalf of all others similarly situated, makes the following allegations based upon information and belief, except as to those allegations specifically pertaining to Plaintiff and its counsel, which are based on personal knowledge. Plaintiff brings this action for restitution and monetary damages against defendant Reddit, Inc. ("Defendant" or "Reddit"), demanding a trial by jury.

## THE PARTIES

1. Plaintiff LevelFields, Inc. ("LevelFields" or "Plaintiff") is a Virginia Corporation with its principal offices located at 1934 Old Gallows Road, Vienna, Virginia, 22182.

2. Reddit, Inc. ("Reddit") is a California corporation with its principal place of business at 548 Market Street, San Francisco, California 94104. Reddit is a social media website. Reddit operates several websites, including "reddit.com" which allows users to view and share links or text posts for others to see.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(d)(2). If a class is certified in this action, the amount in controversy will exceed $5,000,000.00, exclusive of interest and costs, and this is a class action in which at least one member of the Class is a citizen of a state different from any defendant.

4. Pursuant to 28 U.S.C. § 1391, this Court is the proper venue for this action because a substantial part of the events, omissions, and acts giving rise to the claims herein occurred in this District: Defendants gain significant revenue and profits from doing business in this District,

5. Class Members affected by the practices asserted herein reside in this District, and Defendants employ numerous people in this District. Each Defendant has transacted business, maintained substantial contacts, and/or committed overt acts in furtherance of the illegal scheme and conspiracy throughout the United States, including in this District. Defendants' conduct had the intended and foreseeable effect of causing injury to persons

residing in this District.

## FACTUAL ALLEGATIONS

### A. Reddit's Advertising Policies

6. Reddit is a social news aggregation, content rating, and forum social network. It is a platform that allows users to share news stories, images, and videos, and engage in discussions with other users.

7. Reddit also permits Reddit's advertising customers to purchase advertising that links from Reddit's website to the customer's website.

8. Reddit's advertising platform allows businesses to create and display ads on the platform. Reddit offers a range of ad formats, including banner ads, video ads, and sponsored posts. These ads can be targeted to specific subreddits (communities) or demographic groups, allowing businesses to reach the right audience for their products or services.

### B. Click-Through Fraud

9. "Click-through fraud" is the term the industry uses to describe clicks on a search advertisement with no intention of doing business with the advertiser and for some purpose other than that contemplated by the posted ad. It is not "fraud" as such is understood at common law nor under the pleading requirements of the federal rules; rather, it merely describes purposeful clicks on advertisements by someone other than a potential customer.

10. Click-through fraud perpetrators exploit the nature of pay-per-click advertising to increase the pay-per-click fees paid by competitors and boost the placement of their own advertisements. Many of these fraudulent clickers use software programs that automatically click on ads hundreds or thousands of times.

11. Click-through fraud can be prevented by tracking the use of a pay-per-click advertisement, including the identity and/or source of those clicking on the advertisement/link and the frequency of such activity. Such tracking can be accomplished by computer programs that count the number and timing of clicks

originating from a single source and whether those clicks result in a sale.

12. Tracking fraudulent clicks at the source—that is, the website on which the advertisement clicked on appears--is even more effective since websites that host advertisements provide tracking data to Reddit with every click.

13. Reddit appears to be at least partially able to ascertain which "clicks" constitute "invalid clicks" or "click-through fraud" insofar as it has provided a small number of rebates to advertisers who have complained of being charged for "invalid clicks."

14. Reddit is in a unique position to track click-through fraud that originates through its own advertising program since these advertisements are displayed on Reddit's platform.

**C.   Plaintiff's Experience**

15. On or about September 9, 2022, Plaintiff contracted with Reddit to authorize Reddit to place its Ads on reddit.com. A true and correct copy of the contract is attached hereto as Exhibit A.

16. Section 1 of the contract states that the agreement "is subject to the IAB Standard Terms And Conditions Version 3.0." The Terms and Conditions, in the pertinent part, state as follows:

> When serving your Ad, Reddit will use reasonable means to ensure that the Ad is delivered according to your criteria, but Reddit does not guarantee in every instance that your Ad will reach users with your selected criteria, reach the users that you intended when you selected the criteria, and/or deliver any specific result. You will pay for your use of the Platform after your Ad is delivered based on Reddit's calculation of amounts due and Reddit's measurement of the applicable billing metrics, such as impressions, views or clicks. Amounts due are exclusive of taxes.

> You will not and will not authorize any third party to generate invalid or fraudulent impressions, clicks, or other desired actions with respect to the Platform or to use any unauthorized means to extract advertising or performance-related data from the Platform. You acknowledge that third parties may generate impressions, clicks, or other desired actions with respect to your advertisements for prohibited or improper purposes.

17. Reddit began charging Plaintiff for clicks, but Plaintiff's system did not log traffic which corresponded with the clicks they were charged for.

18. Plaintiff contacted Reddit to request their click logs which would show associated IP addresses. Reddit, however, provided click logs without IP addresses. Reddit represented that it was not able to provide IP addresses. Plaintiff is informed and believes that representation is false, because Reddit has to know where traffic was coming from for security and monitoring purposes. Alternatively, Reddit is failing to provide minimal levels of security and monitoring of clicks on its platform, in violation of its duties. As a result, Plaintiff is informed and believes, and on that basis alleges, that Plaintiff, and other Class Members, were charged by Defendant for fraudulent clicks.

## CLASS ALLEGATIONS

19. Plaintiff brings this action on behalf of itself and as representative of all others who are similarly situated. Plaintiff brings this action on behalf of himself and as representatives of all others similarly situated. Pursuant to Rules 23(a), (b)(2), and/or (b)(3) of the Federal Rules of Civil Procedure, Plaintiff seeks certification of the following class initially defined as follows:

> *All persons residing in the United States who, from May 8, 2020 until the date that notice of this class action is disseminated to the class, paid Reddit for Ads (the "Class").*

20. Excluded from each of the above classes are Defendants, including any entity in which Defendants have a controlling interest, are a parent or subsidiary, or which are controlled by Defendants, as well as the officers, directors, affiliates, legal representatives, predecessors, successors, and assigns of Defendants. Also excluded are the judges and court personnel in this case and any members of their immediate families.

21. Plaintiff reserves the right to amend or modify the above class definitions with greater specificity or division into subclasses after having had an opportunity to conduct discovery.

22. This action has been brought and may be properly maintained on behalf of the Class proposed herein under Rule 23 of the Federal Rules of Civil Procedure.

23. <u>Numerosity</u>. Fed. R. Civ. P. 23(a)(1). The members the Class are so numerous that joinder of all members is impractical. Plaintiff is informed and believes that there are thousands of members of each of the classes. The precise number of class members can be ascertained from Defendants' records.

24. <u>Commonality and Predominance</u>. Fed. R. Civ. P. 23(a)(2) and (b)(3). There are questions of law and fact common to each class, which predominate over any questions affecting individual members of each respective class. These common questions of law and fact include, without limitation:

   a. Whether Defendants entered into contracts with Plaintiff and members of the Class;
   b. The construction of the agreement between Defendants on the one hand and Plaintiff and members of the Class on the other;
   c. Whether Defendants breached their agreements with Plaintiff and the Class;
   d. Whether Defendants breached the covenant of good faith and fair dealing;
   e. Whether Defendants' conduct as alleged herein is unfair, unlawful and or fraudulent in violation of California's Unfair Competition Law (Bus. & Prof. Code, §§ 17200, *et seq.*); and
   f. Whether Plaintiff and the members of the Class have been damaged by the wrongs complained of herein, and if so, the measure of those damages and the nature and extent of other relief that should be afforded.

25. <u>Typicality.</u> Fed. R. Civ. P. 23 (a)(3). Plaintiff's claims are typical of the claims of the Class they seek to represent. Plaintiff and all Class members were exposed to uniform practices and sustained injuries arising out of and caused by Defendants' conduct.

26. <u>Adequacy</u> of Representation. Fed. R. Civ. P. 23(a)(4). Plaintiff is committed to the vigorous prosecution of this action and has retained competent counsel experienced

in the prosecution of class actions. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

27. <u>Superiority.</u> Fed. R. Civ. P. 23(b)(3). A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Since the amount of each individual Class member's claim is small relative to the complexity of the litigation, and due to the financial resources of Defendants, no Class member could afford to seek legal redress individually for the claims alleged herein. Therefore, absent a class action, Class members will continue to suffer losses and Defendants' misconduct will proceed without remedy. Even if Class members themselves could afford such individual litigation, the court system could not. Given the complex legal and factual issues involved, individualized litigation would significantly increase the delay and expense to all parties and to the Court. Individualized litigation would also create the potential for inconsistent or contradictory rulings. By contrast, a class action presents far fewer management difficulties, allows claims to be heard that might otherwise go unheard because of the relative expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale, and comprehensive supervision by a single court. Finally, Plaintiff knows of no difficulty that will be encountered in the management of this litigation which would preclude its maintenance as a class action.

### FIRST CLAIM FOR RELIEF
### Breach of Contract
### (By Plaintiff And Class Members Against Defendants)

28. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 27, inclusive, of this Complaint, as though fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

29. Plaintiff brings this claim individually and on behalf of the members of the Class against Defendants under California law, or, alternatively, under the laws of the all states, as there is no material difference in the law of breach of contract as applied to the claims and questions in this case.

**CLASS ACTION COMPLAINT**

30. By paying Defendant money to post Ads on reddit.com, Plaintiff and the Class contracted with Defendants. Defendants entered into a contract with Plaintiff and the members of the Class. These agreements contained an implied covenant of good faith and fair dealing that Defendants would not do anything that would have the effect of injuring the right of Plaintiff and the Class to receive the benefits of the contract.

31. Plaintiff and the members of the Class fully performed and satisfied their obligations under the contract that Defendants formed with them.

32. Defendants breached the contracts with Plaintiff and the Class, and the covenant of good faith and fair dealing, by collecting fees from Plaintiff and the Class for clicks even though Defendants knew, or should have reasonably known, that the clicks were not actual and actionable. Defendants further breached the contract with Plaintiff and the Class by failing to implement effective oversight over the generation clicks.

33. As a direct and proximate result of Defendants' breach of contract, Plaintiff and the Class have been damaged in an amount to be determined at trial.

WHEREFORE, Plaintiff and the Class pray judgment against Defendants as hereafter set forth.

### SECOND CLAIM FOR RELIEF
**Violation of California's Unfair Competition Law**
**(By Plaintiff And Class Members Against Defendants)**

34. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 27, inclusive, of this Complaint, as though fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

35. Plaintiff brings this claim individually and on behalf of the members of the Class against Defendants under California law.

36. Plaintiff has standing to pursue this cause of action as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as delineated herein.

37. Defendants' scheme, as delineated herein, constitutes unlawful, unfair, or fraudulent business practices in violation of California Business and Professions Code sections 17200, et seq.

38. Defendants' business practices, as alleged herein, violate the "unfair" prong of California Business & Professions Code sections 17200, *et seq.* because: (i) the utility of Defendants' scheme is significantly outweighed by the gravity of the harm the scheme imposes on Plaintiff and the Class; (ii) the injury suffered by Plaintiff and the Class as a result of Defendants' scheme is not one that Plaintiff and the Class could have reasonably avoided; and (iii) Defendants' scheme runs counter to legislatively declared and public policy.

39. Defendants' business practices, as alleged herein, violate the "unlawful" prong of California Business & Professions Code sections 17200, *et seq.* because they constitute a breach of the contracts between Plaintiff and Class members on the one hand and Defendants on the other and because Defendants have been unjustly enriched.

40. Defendants' business practices, as alleged herein, violate the "fraudulent" prong of California Business & Professions Code section 17200, *et seq.* because they are likely to deceive a reasonable consumer.

41. Accordingly, Defendants violated, and continue to violate, California Business and Professions Code section 17200's proscription against engaging in unlawful business acts or practices.

42. As a direct and proximate result of Defendants' unlawful, unfair, and fraudulent business practices, Plaintiff and the Class have suffered injury in fact and lost money or property in that they purchased and paid for clicks that produced no website traffic and as a result, were useless.

43. Pursuant to California Business and Professions Code section 17203, Plaintiff and the Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those acts set forth in the complaint.

44.  Plaintiff and the Class also seek an order requiring Defendants to make full restitution of all monies they wrongfully obtained from Plaintiff and the Class.

WHEREFORE, Plaintiff and the Class pray judgment against Defendants as hereafter set forth.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, respectfully requests that the Court enter judgment against Defendants, as follows:

1. An order certifying appropriate classes and/or subclasses, designating Plaintiff as the class representative and its counsel as class counsel;

2. An order enjoining Defendants from continuing to engage in the practices complained of herein;

3. An award of restitution, damages, and disgorgement to Plaintiff and the Class in an amount to be determined at trial;

4. An order requiring Defendants to pay both pre- and post-judgment interest on any amounts awarded, as allowed by law;

5. An award of costs and attorneys' fees, as allowed by law; and

6. Such other or further relief as may be appropriate.

DATED: May 8, 2024                     HAFFNER LAW PC

                                       By:    /s/ Trevor Weinberg
                                              Joshua H. Haffner
                                              Alfredo Torrijos
                                              Trevor Weinberg
                                              Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff, individually and on behalf of all others similarly situated, hereby demands a trial by jury of any and all issues in this action so triable of right.

DATED: May 8, 2024  **HAFFNER LAW PC**

By: /s/ Trevor Weinberg
Joshua H. Haffner
Alfredo Torrijos
Trevor Weinberg
*Attorneys for Plaintiff*

**CLASS ACTION COMPLAINT**