1  DALE R. BISH, State Bar No. 235390
   MIKAELA K. BURKHARDT, State Bar No. 328112
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA  94304-1050
4  Telephone: (650) 493-9300
   Email:    dbish@wsgr.com
5            mburkhardt@wsgr.com

6  Attorneys for Defendant
   Reddit, Inc.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVELFIELDS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDDIT, INC., a California Corporation,<br><br>Defendants. | Case No.: 3:24-cv-02760-WHO<br><br>**DECLARATION OF MIKAELA BURKHARDT IN SUPPORT OF DEFENDANT REDDIT, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:   August 28, 2024<br>Time:  2:00 p.m.<br><br>Before: Hon. William H. Orrick |

I, Mikaela Burkhardt, declare:

1. I am an associate with the law firm of Wilson Sonsini Goodrich & Rosati, attorneys of record for Defendant Reddit, Inc. ("Reddit"). I have personal knowledge of the facts described below, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Standard Terms and Conditions For Internet Advertising For Media Buys One Year Or Less, Version 3.0 (the "IAB 3.0 Terms"), available at https://www.iab.com/wp-content/uploads/2015/06/IAB_4As-tsandcs-FINAL.pdf, which I visited on or around June 10, 2024.

3. Attached hereto as Exhibit B is a true and correct copy of the Reddit, Inc. Terms & Conditions: Ads Platform, effective January 19, 2018 (the "Ads Platform" contract), available at https://business.reddithelp.com/helpcenter/s/article/REDDIT-ADVERTISING-PLATFORM-TERMS, which I visited on or around June 10, 2024.

4. On June 11, 2024, I visited what I believe to be Plaintiff's website, i.e, https://www.levelfields.ai. The "about" page describes Plaintiff Levelfields Inc. as "a team of software engineers, linguists, data scientists and entrepreneurs who see the world not as it is, but as it could be." A true and correct copy of that page is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of June 2024 at Palo Alto, California

By: /s/ Mikaela Burkhardt
     Mikaela Burkhardt

BURKHARDT DECL. ISO REDDIT'S MOTION TO DISMISS     -1-     CASE NO. 3:24-CV-02760-WHO

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Dale Bish, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 18, 2024                                         */s/ Dale Bish*
                                                                                    Dale Bish