# EXHIBIT C



POPULAR

About   Options Traders   How It Works   Case Studies   News   Log In

# The knowledge and resource gap between institutional investors and retail investors widens each year. We're building a game-changing research automation platform for self-directed investors to level the playing field.



## Our Story

Our team has built pioneering AI and language processing technology for government agencies, corporations, and heads of state. This proven technology is being used today for early warning systems, national security, and public health.



## Our Inspiration

When the 2020 pandemic prompted unprecedented market volatility, institutional investors saw opportunity in patterns, and profited heavily. We knew we could use AI to expose that "pro" playbook, so that any investor can identify those same patterns.



## Our Vision

We are driven to level the playing field for investors who need tools that are simple, transparent, and professional-grade. LevelFields' powerful AI technology is accessible and affordable, so that every investor can realize a vision for financial security.

# A bit more about LevelFields and AI Trading

Great investors are made not born. But you shouldn't have to work on Wall Street to invest like one. We exist to equip you with the tools to unlock your full potential and eliminate the laborious research that gets in your way.

Who are *we*? We are a team of software engineers, linguists, data scientists and entrepreneurs who see the world not as it is, but as it could be. Many of us worked together at a previous company where we built event-monitoring systems for train derailments, cyber breaches, reputation threats, and misinformation spread for public companies and governments.

When COVID-19 began affecting the stock market in 2020, things got personal. Our friends and family were unsure how to react. We knew that the answer was in data, but realized there was no resource for individual investors that puts event-based data into context.

Leveraging decades of experience in machine learning and contextual analysis, we created a novel AI platform to identify patterns from market altering events so that we can all quickly find these events and understand how to react to them.

# LevelFields AI Stock Trade Discovery in Action

Every minute of every day, LevelFields' AI does the heavy lifting for our members. The technology screens millions of signals related to over 6,000 stocks, sifting through the noise to find those events that affect prices, and using historical data to expose patterns and put those events into context so stock and options traders can better understand entry and exit points.



AI Investing

### SYRA rises +595% In ONE Day

LevelFields AI Identifies major event before it sends stock up 6X in a single day.

See More



Deals

### Splunk Up +40% on Massive Turnaround Event

In Q2 2023, Splunk reported positive earnings per share of 71 cents following multiple quarters of losses. This caused a turnaround...

See More



Trading Options with AI

### GitLab Falls -32% in 30 Days Following Bearish Signals

Members who held onto their puts saw profits of 225% by playing the short side of this stock

See More



### Case Study: Facebook's Remarkable 5X Turnaround

Facebook rebounds: 69% profit surge, $50B buyback.

See More



### Durect Corp. Up 35% After FDA Approval

What is the Impact of the FDA in Stock and Options Trading

See More



### Find the Best Stocks Using Dividends: MEDS Rises 272% IN 3 Days

Investing in Trxade Group (MEDS) Yields Huge Returns Quickly

See More



### Why is Salesforce Stock Up So Much?

What drove the 100% move in Salesforce's price? Here's the story.

See More



### How to Use AI for Stock and Options Trading - A Case Study on VRTV (Veritiv)

A 1,000% Stock Price Increase in 2 years Following a Key Contrarian Indicator

See More



### Stock Options Case Study: Making 90% in 30 Days from Gold Mining

Identifying a disparity between gold and gold miners yields a +90% profit in one month by stock options

See More



### Nuscale Power Short Squeeze Earns 82% in 7 Days



### Dell up +90% in 6 Months, Following Event Catalysts



### Taylor Devices up +27% in 5 days

**LevelFields Users Get Precise Entry & Exit Prices to Capitalize on Short Squeeze for Nuscale**

A series of events drove Dell's price to surprising heights, and LevelFields members profited

TAYD up +18% in a day and +27% in a week on positive event catalysts following LevelFields' AI stock alert





### Collegium Pharmaceutical Inc. (COLL) Up a Predictable 65%

Collegium Pharmaceutical Inc. (COLL) Outperforms S&P 500 by 600% Following Event Catalyst

See More

### Asset Entities Shares Skyrocket by astounding +189% in 1 Day!

How to find stocks that rise over 100% in a day? Read on

See More

### Weed for Dementia? New Treatment Drives Stock +44%

Phase II trial drives stock up 44 percent in a day

See More





### Rayonier Up 19% in a Week on Bullish Announcement

### Comfort Systems up +14% in a day

### An Airline Stock Was Down -30% in 3 months. How it was predictable.

LevelFields AI tracks institutional option puts against stocks to identify likely losers

New CEO Brings Hope to Struggling Company

Return of cash to shareholders boosts stock

See More

See More

See More







Jackson Financial +18% in Two Weeks. Here's Why

PHM Up +90% in 12 Months

Hershey's Loses -28% in Under Six Months Due to Event

On August 28th, Jackson Financial was added to a major Index, causing the stock to rise.

Tracking large dividend increases leads to larger long-term gains

A weather event sent a ripple effect across the chocolate industry.

See More

See More

See More







POWW Rises Almost 20% in 3 Weeks

Seagate Technology Rises 11% in 3 days

Healthcare Stock +83% in a Day

The stock rose +6% in the first day. After three weeks, the stock was up almost +20%.

See More

This announcement of significant layoffs led to a 5.56% increase in Seagate's stock in one day. Over the next several days, the stock continued to rise.

See More

In March 2022, a young biotech reported positive results from a drug trial. The microcap company, Longeveron, went on to rise +83% in the hours following the alert

See More





### Bull Markets During a War?

The combination of Russia's invasion of Ukraine and rising inflation caused a 40% rise in an obscure Canadian fertilizer company. LevelFields members, with no prior experience in commodities, heard about the opportunity before anyone else did.

See More

### New Contract: 45% Gains in 100 Days

Early premarket on October 3, 2022, a little known small cap engineering company announced it had received an unusually large contract which increased its revenue by 20 percent. LevelFields alerted members. The stock rose 45% over the next few months.

See More

### VRTV Gains +36% in 10 Weeks

LevelFields alerted members on November 8, 2022 of a small packaging company's new program to return profits to shareholders. Over the course of the day, the stock rose +10%. Over the next 10 weeks, it rose +36%, easily outperforming the S&P 500.

See More



### The Trade Desk Rises 26% in a Day

The Trade Desk (TTD) stock rose +32% in one day on positive news the advertising company would be returning capital to shareholders. Following the LevelFields alert, the share price rose 26%.

See More



### Bloomin Brands Rises +8% in a Day

LevelFields AI sent out an alert to its members notifying them of that Bloomin Brands had raised the dividend and that bullish event was likely to positively move the share price. By 1pm, six hours after the LevelFields event alert was sent, the stock price was up +8% from the opening price.

See More



### Case Study on EBON: Following a short

Before market open on April 6, 2021, LevelFields alerts users of a Short Seller Report on EBON. Based on this scenario's one-month trend in price movements, a trader could buy an 'at the money' put option the same day at $1.03 and sell one month later for a 123% gain.

See More



### Case Study: Gamestop. From the start



### Case Study: New CEO sparks rebound

LevelFields alerts users to an Activist Investor buying stock in GME on Aug. 31, 2020. Based on scenario data showing past 6- to 12-month price gains, a long position is entered the same day. Within 45 days, the stock is up 119%. When the famed short squeeze kicks in a few months later, there are many opportunities to sell at a 1000+% return.

See More

LevelFields alerts users to the hiring of a new CEO at struggling NTNX. Scenario data trends suggest a rebound over the long-term, and short-term pops under certain conditions. A position entered on the event day at $21 would have enabled a one-day exit at +30%. Investors holding for 3 to 6 months would have enjoyed 30% to 50% returns.

See More

# Frequently asked questions

What's the difference between Level 1 and Level 2 subscriptions?

Can I get a demo of the site?

Is this for long-term investors?

# Free Trial: Signup for 1 Free Alert Per Week

→ Get 1 free alert per week via email

→ Upgrade if you want more or platform access

→ We'll also send you a free report

→ or Click Here to get full access now

Add your email to get alerts & the report.

Get Report

| | | |
|---|---|---|
| Home | FAQ | Sign Up |
| About | Contact | Log In |
| Options Traders | LinkedIn | |
| How It Works | Twitter | |
| Case Studies | Youtube | |
| News | | |



Get our Free newsletter

Get Newsletter

© LevelFields™    info@levelfields.ai    Privacy    Terms