1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVELFIELDS, INC., individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>REDDIT, INC., a California Corporation,<br><br>             Defendants. | Case No.: 3:24-cv-02760-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Honorable William H. Orrick |

1     Defendant Reddit, Inc. ("Reddit") filed a Motion to Dismiss Plaintiff's Complaint on

2  June 18, 2024.  Having considered the parties' papers filed in support of and in opposition to the

3  motion, the argument of counsel, and all other matters properly before the Court, and for good

4  cause appearing:

5     **IT IS HEREBY ORDERED THAT**:

6     Reddit's Motion to Dismiss Plaintiff's Complaint is **GRANTED.**  Because further

7  amendment would be futile in light of the express contractual terms referenced in the Complaint,

8  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

9

10     **IT IS SO ORDERED.**

11

12   DATED:  _____, 2024.

13

14

15                                    _____

16                                    THE HONORABLE WILLIAM H. ORRICK
                                      United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28