UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVELFIELDS, INC.,<br>       Plaintiff,<br>    v.<br>REDDIT, INC.,<br>       Defendant. | Case No. 24-cv-02760-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 44 |

Pursuant to Order Granting Motion to Dismiss with Prejudice, judgment is accordingly entered in favor of defendant and against plaintiff.

Dated: December 17, 2024                    Mark B. Busby, Clerk

                                                                   By: Jean M. Davis, Deputy Clerk